**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
INNOVATIVE SPORTS MANAGEMENT, INC.,
d/b/a INTEGRATED SPORTS MEDIA,

                                                  **DEFAULT JUDGMENT**
                        Plaintiff,                CV 19-1690 (JS)(AYS)

        - against -

JUAN ACEVEDO, individually and as officer,
director, shareholder, and/or principal of JADS
DELI, INC., d/b/a JUANITO DELI BAKERY
CAFÉ a/k/a JUANITO'S BAKERY & CAFÉ, and
JADS DELI INC., d/b/a JUANITO DELI BAKERY
CAFÉ a/k/a JUANITO'S BAKERY & CAFÉ,

                        Defendants.
----------------------------------------------------------------X

       An Adoption Order of Honorable Joanna Seybert, United States District Judge, having been filed on October 14, 2020; adopting in its entirety the June 4, 2020 Report and Recommendation ("R&R") of United States Anne Y. Shield; denying plaintiff's motion for a default judgment as against defendant Juan Acevedo; granting plaintiff's motion for a default judgment as against defendant Jads Deli Inc.; awarding plaintiff $7,080.00 in damages, accounting for:   1) $750.00 in statutory damages pursuant to the Communications Act; (2) $1,500.00 in enhanced damages under the Communications Act; (3) $750.00 in statutory damages pursuant to the Copyright Act; (4) $750.00 in damages for willfulness under the Copyright Act; (5) $1,722.50 in attorney's fees; and, (6) $1,607.50 in costs; and directing the Clerk of the Court to enter judgment accordingly and mark this case closed, it is

       **ORDERED AND ADJUDGED** that plaintiff's motion for a default judgment as against defendant Juan Acevedo is denied; that plaintiff's motion for a default judgment as against

defendant Jads Deli Inc. is granted; that plaintiff Innovative Sports Management, Inc., is awarded $7,080.00 in damages as against defendant Jads Deli, Inc.; and that this case is closed.

Dated: October 15, 2020
      Central Islip, New York

                                              DOUGLAS C. PALMER
                                              CLERK OF THE COURT
                           BY:    /S/ JAMES J. TORITTO
                                              DEPUTY CLERK